■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILGEN HERASME, Appellant. [864 NYS2d 771]—Judgment, Supreme Court, New York County (Brenda Soloff J.), rendered on or about May 11, 2001, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Mazzarelli, J.P., Friedman, Nardelli, Williams and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DANVERS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN WASHINGTON, Appellant. [864 NYS2d 770]—Appeals from judgments, Supreme Court, New York County (Gregory Carro, J., on speedy trial motions; Edwin Torres, J., at jury trial and sentence), rendered March 27, 2007, convicting defendant Anthony Danvers of coercion in the first degree and criminal possession of a weapon in the second degree and sentencing him to concurrent terms of 2⅓ to 7 years and four years, and convicting defendant Alvin Washington of coercion in the first degree and sentencing him, as a second felony offender, to a term of 3½ to 7 years, held in abeyance, and the matter remanded to the Administrative Judge of Supreme Court, New York County to schedule an expeditious hearing with respect to the issue of the knowing and intelligent consent of the respective defendants to joint representation by retained counsel Curtis Farber, including the waiver of any claims regarding potential conflicts of interest. Concur—Mazzarelli, J.P., Friedman, Nardelli, Williams and Freedman, JJ.